```
                    FILED            RECEIVED
                    ENTERED          SERVED ON
                            COUNSEL/PARTIES OF RECORD

                         OCT 11 2016

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
                                              DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:16-mj-00695-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER APPOINTING COUNSEL** |
| RUDY REDMOND, ) | |
| Defendant. ) | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he/she: (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore,

**IT IS ORDERED** that **LANCE HENDRON** is hereby appointed to represent Rudy Redmond.

**IT IS FURTHER ORDERED** that an attorney appointed under the Criminal Justice Act will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for service within or outside of the District of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

DATED: October 11, 2016.

_____
UNITED STATES MAGISTRATE JUDGE